1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GLEN MELVIN LITTLE,<br><br>              Plaintiff,<br><br>   v.<br><br>JOSEPH O. DAGGY, et al.,<br><br>              Defendants. | NO.  C06-5632RBL<br><br>ORDER DENYING PLAINTIFF'S<br>IFP APPLICATION |

     This matter is before the Court on Plaintiff's application to proceed in forma pauperis under 28 U.S.C. § 1915(a).  The court has broad discretion in determining an application to proceed in forma pauperis.  *Weller v. Dickson*, 314 F.2d 598 (9th Cir. 1963), *cert. denied* 375 U.S. 845 (1963).

     Plaintiff seeks to sue his former attorney and the judges involved in a *circa* 1987 litigation.  He admits that he was aware of but did not appeal the decision(s) against him.  The case is facially frivolous.  Accordingly, the application to proceed in forma pauperis is DENIED.

     DATED this 21st day of November, 2006.

                                            /s/ Ronald B. Leighton
                                        RONALD B. LEIGHTON
                                        UNITED STATES DISTRICT JUDGE