1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GLEN MELVIN LITTLE,

            Plaintiff,

    v.

JOSEPH O. DAGGY, et al.,

            Defendants.

Case No. C06-5632RBL

ORDER DENYING APPEAL FROM IFP
ORDER AND MOTION FOR COURT-
APPOINTED ATTORNEY

    This matter comes before the Court on Plaintiff's Motion for Appeal from the Court's Order Denying Plaintiff's Motion to proceed in forma pauperis, Dkt. # 2, and Plaintiff's Motion for a Court-Appointed Attorney.

    First, regarding Plaintiff's Appeal from the Court's Order Denying Plaintiff leave to proceed in forma pauperis, Plaintiff originally attempted to "appeal" this Order by requesting that Judge Lasnik, U.S. Chief District Judge, intervene in the case. Dkt. # 6. Judge Lasnik denied the motion and stated that if Plaintiff objected to the Court's order, he must appeal, not seek relief from a different district court judge. Dkt. # 7. For the same reason, the Court DENIES Plaintiff's current "appeal" from its Order denying Plaintiff leave to proceed in forma pauperis. If Plaintiff wishes to appeal the Order, he must do so with the Ninth Circuit Court of Appeal. *See* Fed. R. App. P. 3.

//

/

ORDER
Page - 1

1

2

3

Second, regarding Plaintiff's Motion for a Court-Appointed Attorney, Plaintiff cites no authority as to why the Court should appoint him an attorney. Because the Court has found that the Plaintiff's case is facially frivolous, Dkt. # 2, Plaintiff's Motion for a Court-Appointed Attorney is DENIED.

4

5

DATED this 8th day of May, 2007.

6

7

8

9

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER
Page - 2